## JOHN AMSBRO v. THOS. BYRNE'S ADMR.

**Executors and Administrators—Suit to Collect Debts Owing Estate—Set-Off—Affidavit and Demand Not Necessary.**

When the personal representative has commenced the litigation, a claim against the intestate can be pleaded by way of set-off or counterclaim as a defense to the action without the affidavit and demand prescribed by the civil code.

### APPEAL FROM MARION CIRCUIT COURT.

October 13, 1871.

OPINION BY JUDGE PETERS:

This court decided in the case of *Miller & Co. v. Watkins,* 4 *Bush* 642, that where the personal representative has commenced the litigation, a claim against the intestate could be pleaded by way of set-off or counter-claim as a defense to the action without the affidavits and demand prescribed in *Sec.* 473 of the *Civil Code,* and according to the doctrine of that case it was erroneous to dismiss the appellant's set-off.

But even if the affidavits and demand were necessary to enable appellee to avail himself of the want of them, he should have filed an affidavit and had a rule against the appellant to show cause why his set-off should be dismissed after having withdrawn his reply.

*Thomas v. Thomas' Executor,* 15 *B. Mon.* 178.

The judgment must therefore be *reversed,* and the cause re-

manded with directions to overrule the motion to dismiss appellant's set-off, and for further proceedings consistent with this opinion.

*Belden & Cleaver, for appellant.*

*Russell & Averitt, for appellee.*